# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MCNAMEE, STEPHEN M. | U.S.DISTRICT COURT OF AZ | 07/30/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE SENIOR STATUS-ACTIVE | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

SANDRA DAY O'CONNOR US COURTS
401 W WASHINGTON ST, SPC 60
PHOENIX, AZ 85003-2158

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | MEMBER | UNIVERSITY OF ARIZONA COLLEGE OF LAW BOARD OF VISITORS |
| 2. | MEMBER | UNIVERSITY OF ARIZONA LAW COLLEGE ASSOCIATION |
| 3. | MEMBER | UNIVERSITY OF CINCINNATI ALUMNI BOARD OF DIRECTORS HOUSING COMMITTEE |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M. | 07/30/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | STATE OF ARIZONA, 2010 INCOME TAX REFUND | $5,093.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | ST LUKES HEALTH INITIATIVE - SALARY |
| 2. 2011 | HEALTH CARE EXCEL - BOARD MEMBER |
| 3. 2011 | HCE QUALITYQUEST - BOARD MEMBER |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M. | 07/30/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M. | 07/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA, US BANK, PHOENIX, AZ -CD | A | Interest | J | T | | | | | |
| 2. IRA, US BANK PHOENIX, AZ-CD | A | Interest | J | T | | | | | |
| 3. MERRILL LYNCH-IRA#1: | | | | | | | | | |
| 4. -FIA CARD SVCS | A | Dividend | J | T | | | | | |
| 5. -CD MORGAN STANLEY | A | Interest | J | T | | | | | |
| 6. -AMERICAN CAPITAL WORLD BOND FUND CL F | A | Dividend | J | T | | | | | |
| 7. -AMERICAN HIGH INCOME TRUST CL F | A | Dividend | J | T | | | | | |
| 8. -ISHARES IBOXX CORP BOND FUND | A | Dividend | J | T | | | | | |
| 9. -ISHARES BARCLAYS AGENCY BOND FUND | A | Dividend | J | T | | | | | |
| 10. MERRILL LYNCH-IRA#2 | | | | | | | | | |
| 11. -FIA CARD SERVICES | A | Dividend | K | T | | | | | |
| 12. -CURRENCY SHARES AUSTRALIAN | A | Interest | | | Sold (part) | 01/27/11 | J | A | |
| 13. | | | | | Buy (add'l) | 02/25/11 | J | | |
| 14. | | | | | Sold (part) | 03/31/11 | J | A | |
| 15. | | | | | Buy (add'l) | 06/27/11 | J | | |
| 16. | | | | | Sold (part) | 09/28/11 | J | A | |
| 17. | | | | | Buy (add'l) | 11/15/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M. | 07/30/2012 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 12/06/11 | J | A | |
| 19.  -VANGUARD EMERGING MARKETS | A | Dividend | J | T | | | | | |
| 20.  -VANGUARD SMALL CAP | A | Dividend | | | Sold | 10/11/11 | J | A | |
| 21.  -VANGUARD SMALL CAP GROWTH | A | Dividend | | | Sold | 10/11/11 | J | A | |
| 22.  -POWERSHARES EXCHANGE PTH | A | Dividend | | | Sold | 01/27/11 | J | A | |
| 23.  -POWERSHARES EXCHANGE PXI | A | Dividend | K | T | Sold (part) | 01/27/11 | J | A | |
| 24. | | | | | Buy (add'l) | 06/29/11 | K | | |
| 25. | | | | | Sold (part) | 08/17/11 | J | A | |
| 26. | | | | | Sold (part) | 11/15/11 | J | A | |
| 27.  -POWERSHARES EXCHANGE PSL | A | Dividend | | | Sold | 01/27/11 | J | A | |
| 28.  -POWERSHARES EXCHANGE PYZ | A | Dividend | | | Sold | 01/27/11 | J | A | |
| 29.  -POWERSHARES EXCHANGE PEZ | A | Dividend | | | Sold | 01/27/11 | J | A | |
| 30.  -POWERSHARES DYN OIL AND GAS | A | Dividend | | | Sold (part) | 01/27/11 | J | A | |
| 31. | | | | | Buy (add'l) | 08/17/11 | K | | |
| 32. | | | | | Sold | 09/28/11 | J | A | |
| 33.  -POWERSHARES ETF TR DYNAMIC SOFTWARE PORT | A | Dividend | | | Buy (add'l) | 01/27/11 | J | | |
| 34. | | | | | Sold | 08/17/11 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M. | 07/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -POWERSHARES ETF TR DYNAMIC SEMICONDUCTOR | A | Dividend | | | Sold | 01/27/11 | J | A | |
| 36. -POWERSHARES ETF DYNAMIC LEISURE & ENT PORTFOLIO | A | Dividend | K | T | Buy (add'l) | 01/27/11 | J | | |
| 37. | | | | | Sold (part) | 08/17/11 | J | A | |
| 38. -POWERSHARES ETF TR DYNAMIC MEDIA PORTFOLIO | A | Dividend | | | Sold | 08/17/11 | J | A | |
| 39. -POWERSHARES ETF TR DYNAMIC NETWORKING PORTFOLIO | A | Dividend | K | T | Buy (add'l) | 01/27/11 | J | | |
| 40. | | | | | Sold (part) | 11/15/11 | J | A | |
| 41. -POWERSHARES ETF DYNAMIC FOOD AND BEVERAGE PORTFOLIO | A | Dividend | K | T | Sold (part) | 01/27/11 | J | A | |
| 42. | | | | | Buy (add'l) | 09/28/11 | K | | |
| 43. -POWERSHARES ETF DYNAMIC BIOTECH AND GENO | A | Dividend | | | Sold | 01/27/11 | J | A | |
| 44. -POWERSHARES ETF TR DYNAMIC RETAIL PORTFOLIO | A | Dividend | | | Sold | 01/27/11 | J | A | |
| 45. -POWERSHARES ETF TR DYNAMIC ENERGY EXPL | A | Dividend | | | Sold | 01/27/11 | J | A | |
| 46. -VANGUARD MID CAP VAL | A | Dividend | J | T | | | | | |
| 47. -CURRENCY SHARES CANADA | A | Int./Div. | | | Sold | 01/05/11 | J | A | |
| 48. -SPDR INDEX SHS IRV | A | Dividend | | | Sold | 10/11/11 | J | A | |
| 49. -SPDR INDEX SHS IPD | A | Dividend | J | T | | | | | |
| 50. -POWERSHARES EXCHANGE PTJ | A | Dividend | | | Closed | 01/01/11 | J | A | |
| 51. -SPDR INDEX SHS IPN | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M. | 07/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -POWERSHARES EXCHANGE PRN | A | Dividend | | | Sold | 01/27/11 | J | A | |
| 53. -CURRENCY SHARES BR | A | Int./Div. | | | Sold | 01/05/11 | J | A | |
| 54. -POWERSHARES ETF DYNAMIC PHARM PORTFOL | A | Dividend | K | T | Sold (part) | 01/27/11 | J | A | |
| 55. | | | | | Buy (add'l) | 08/17/11 | K | | |
| 56. | | | | | Sold (part) | 09/28/11 | J | A | |
| 57. -CURRENCY SHARES SWISS FRANC | A | Interest | | | Buy | 01/05/11 | J | | |
| 58. | | | | | Sold (part) | 02/25/11 | J | A | |
| 59. | | | | | Buy (add'l) | 03/31/11 | J | | |
| 60. | | | | | Sold (part) | 06/29/11 | J | A | |
| 61. | | | | | Sold (part) | 08/17/11 | J | A | |
| 62. | | | | | Sold | 09/28/11 | J | A | |
| 63. -POWERSHARES WILDERHILL PROGRESSIVE ENERGY PORT | A | Dividend | | | Buy | 01/27/11 | K | | |
| 64. | | | | | Sold | 06/29/11 | K | B | |
| 65. -CURRENCY SHARES SWEEDISH KRONA | A | Interest | | | Buy | 01/27/11 | J | | |
| 66. | | | | | Sold | 06/29/11 | J | A | |
| 67. -POWERSHARES NASDAQ INT PNQI | A | Dividend | K | T | Buy | 03/31/11 | K | | |
| 68. | | | | | Sold (part) | 08/17/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M. | 07/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -POWERSHARES GLOBAL COAL | A | Dividend | | | Buy | 03/31/11 | K | | |
| 70. | | | | | Buy (add'l) | 06/29/11 | J | | |
| 71. | | | | | Sold (part) | 08/17/11 | J | A | |
| 72. | | | | | Sold | 09/28/11 | J | A | |
| 73. -POWERSHARES EXCHANGE TRAD FD KBW HIGH DIVID YIELD | A | Dividend | K | T | Buy | 09/28/11 | J | | |
| 74. -CURRENCY SHARES JAPANESE YEN | A | Interest | | | Buy | 09/28/11 | J | | |
| 75. | | | | | Sold | 11/15/11 | J | A | |
| 76. | | | | | Buy | 12/06/11 | J | | |
| 77. -SPDR INDES SHS FDS IPS | A | Dividend | J | T | Buy | 10/11/11 | J | | |
| 78. -VANGUARD GROWTH ETF | A | Dividend | J | T | Buy | 10/11/11 | J | | |
| 79. -VANGUARD LARGE CAP | A | Dividend | J | T | Buy | 10/11/11 | J | | |
| 80. MERRILL LYNCH-IRRA #1: | | | | | | | | | |
| 81. -FIA CARD SVCE | A | Dividend | J | T | | | | | |
| 82. -CD FIRST NATL BK | A | Interest | | | Redeemed | 01/15/11 | J | A | |
| 83. -CD COWLITZ BK | A | Interest | | | Redeemed | 01/15/11 | J | A | |
| 84. -EATON VANCE FLOATING | A | Dividend | J | T | | | | | |
| 85. -CD BLOOMFIELD STATE BANK | A | Interest | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M. | 07/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -ISHARES IBOXX | A | Dividend | J | T | | | | | |
| 87. -ISHARES BARCLAYS AGENCY | A | Dividend | J | T | | | | | |
| 88. -PIMCO FOREIGHN BOND | A | Interest | J | T | | | | | |
| 89. -SPDR GOLD TRUST | | None | J | T | | | | | |
| 90. MERRILL LYNCH CMA BANKING ADVANTAGE ACCOUNT | A | Interest | J | T | | | | | |
| 91. IBM COMMON STOCK | A | Dividend | J | T | | | | | |
| 92. INTERNATIONAL RECTIFIER COMMON STOCK | | None | J | T | | | | | |
| 93. WELLS FARGO BANK, CKG ACCOUNT, PHX, AZ | | None | J | T | | | | | |
| 94. FAIRFIELD ESTATES FLAGSTAFF | | None | J | W | | | | | |
| 95. MARRIOT CANYON VILLAS PHOENIX | | None | J | W | | | | | |
| 96. ST LUKES HEALTH 403(B)7: | | | | | | | | | |
| 97. -VANGUARD 500 INDEX FD | B | Dividend | M | T | Buy | 01/01/11 | K | | |
| 98. US BANK CHECKING ACCOUNT | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M. | 07/30/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII LINES 96 & 97 - VESTED PARTICIPANT 01/01 ST. LUKES 403(B) PLAN WITH REGULAR MONTHLY CONTRIBUTIONS

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ STEPHEN M. MCNAMEE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544